# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| THONGSAMOUTN THILAVANH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-03173-N |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Thongsamoutn Thilavanh and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 26th day of ~~March~~ April, 2017.

Respectfully submitted,

*R D D*

Richard D. Daly
State Bar No. 00796429
Ana M. Ene
State Bar No. 24076368
William X. King
State Bar No. 24072496

**Daly & Black, P.C.**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
Telephone:  (713) 655-1405
Facsimile:  (713) 655-1587
Email:  rdaly@dalyblack.com
Email:  aene@dalyblack.com
Email:  wking@dalyblack.com

**COUNSEL FOR PLAINTIFF**

And

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson
State Bar No.  24029862

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  rthompson@thompsoncoe.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

        This is to certify that on the 27th day of April, 2017, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service, facsimile transmission and/or certified mail, return receipt requested:

Richard D. Daly
Ana M. Ene
William X. King
Daly & Black, P.C.
2211 Norfolk Street
Suite 800
Houston, Texas 77098
        *Counsel for Plaintiff*

*/s/ Rhonda J. Thompson*
Rhonda J. Thompson